UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | MDL No. 17-md-2768-IT |
| This Document Relates To: | |
| PAUL G. JOYNT and LORI JOYNT, Plaintiffs, | Case No. 19-cv-10319 |
| v. | |
| HOWMEDICA OSTEONICS CORP., Defendant. | |

Order Terminating Civil Action 19-cv-10319

May 28, 2019

TALWANI, D.J.

Plaintiffs Paul G. Joynt and Lori Joynt, through counsel, have dismissed their complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, their civil action (Case No. 19-cv-10319) is terminated. The clerk shall transmit a copy of this order to the Clerk of the Judicial Panel on Multidistrict Litigation to alert the Clerk that this action, originally filed in this District, has now been terminated.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge